IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PARALLEL PROCESSING CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SONY COMPUTER ENTERTAINMENT OF AMERICA,**<br><br>**Defendant.** | **CIVIL ACTION NO.** 6:07-CV-353(LED) |

## NOTICE OF DISMISSAL

Comes now Plaintiff and pursuant to Rule 41(a) hereby dismisses without prejudice the above referenced complaint against Sony Computer Entertainment of America who has not filed an answer or a motion for summary judgment in this matter.

                        Respectfully Submitted,

                        _____/s/ Anthony G. Simon_____
                        Anthony G. Simon, Mo. Bar #38745
                        Simon Passanante P.C.
                        701 Market St. Ste. 1450
                        St. Louis, MO  63101
                        (314) 241-2929
                        (314) 241-2029 (fax)
                        asimon@simonpassanante.com
                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 8th day of October, 2007. Any other counsel of record will be served by first class U.S. mail.

                                                  ___/s/ Anthony G. Simon____
                                                  Anthony G. Simon